**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ADi Motorsports, Inc. formerly known as American Detail, Inc., doing business as ADi Motorsports,<br><br>    Plaintiff,<br><br>vs.<br><br>Timothy L. Hubman; The Hubman Foundation; and Maria Lankina,<br><br>    Defendants.<br><br>Napis, Inc.,<br><br>    Garnishee. | No. CV-07-1932-PHX-DGC<br><br>**ORDER** |

    Pending before the Court are motions to intervene in this garnishment action filed by Richard Weyand, Annie Chapman and The Chapman Group II, LLC, and the National Bank of Harvey.  Dkt. ##13, 16, 20.  Intervention is sought pursuant to Rule 24 of the Federal Rules of Civil Procedure.  *Id.*  Plaintiff has filed a response indicating that it does not oppose intervention.  Dkt. #22 ¶ 1.  Defendants and Garnishee have not responded to the motions, and the time for doing so has expired.  *See* Dkt. #19 ¶¶ 2, 5.

    Because the motions are unopposed, and because intervention should be permitted under Rule 24, the Court will grant the motions and set a schedule for the filing and briefing of motions to transfer this case to Texas.  *See id.* ¶ 4.

**IT IS ORDERED:**

1. The motions to intervene filed by Richard Weyand, Annie Chapman and The Chapman Group II, LLC, and the National Bank of Harvey (Dkt. ##13, 16, 20) are **granted**.

2. Any motions to transfer shall be filed by **October 26, 2007**. Responses shall be filed by **November 2, 2007**, and replies shall be filed by **November 9, 2007**.

DATED this 17th day of October, 2007.

_____
David G. Campbell
United States District Judge