**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ADi Motorsports, Inc. formerly known as American Detail, Inc., doing business as ADi Motorsports,<br><br>Plaintiff,<br><br>vs.<br><br>Timothy L. Hubman; The Hubman Foundation; and Maria Lankina,<br><br>Defendants.<br><br>Napis, Inc.,<br><br>Garnishee. | No. CV-07-1932-PHX-DGC<br><br>**ORDER** |

Napis, Inc. has filed a motion for leave to amend its answer to ADi Motorsports, Inc.'s writ of garnishment. Dkt. #65; *see* Dkt. ##3-4. No response has been filed.

Because the motion is unopposed, and because leave to amend should be freely given, the Court will grant the motion. *See* LRCiv 7.2(i); Fed. R. Civ. P. 15(a)(2).

**IT IS ORDERED:**

1. Napis, Inc.'s motion for leave to amend answer (Dkt. #65) is **granted**.

2. Napis, Inc. shall file the proposed amended answer (Dkt. #65-2) by **May 16, 2008.**

DATED this 8th day of May, 2008.

David G. Campbell
United States District Judge